# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138510

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHGIAN,
       Plaintiff-Appellee,

v

MARTY DEE PIRTLE,
       Defendant-Appellant.

SC: 138510
COA: 289422
Kent CC: 08-001059-FH

_____/

     On order of the Court, the application for leave to appeal the February 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk